UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILA MARIE MCCOY,<br>   Plaintiff,<br><br>  v.<br><br>US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT,<br>   Defendant. | Case No. 21-cv-00517-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 14 |

The Court has reviewed Judge Thomas S. Hixson's Report and Recommendation Re: Dismissal of the Complaint, and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the complaint is dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 5, 2021

VINCE CHHABRIA
United States District Judge